**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0250

Anastassia Trombettas

- - Versus - -

Angela Cox Williams, Amanda Desormeaux, and Donna
Nevels

22nd Judicial District Court
Case #: 202211833
St. Tammany Parish

On Application for Rehearing filed on 09/29/2023 By Anastassia Trombettas

Rehearing _____Denied_____

_____
Jewel E. "Duke" Welch Jr.

_____
Guy Holdridge

_____
Elizabeth Wolfe

Date ___OCT 19 2023_____

_____
Rodd Naquin, Clerk